# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ellis-Monro, Barbara J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Northern District of Georgia | 3. Date of Report<br><br>10/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>8/24/2012 |
| 7. Chambers or Office Address<br><br>75 Spring St., SW, Rm. 1430<br>Atlanta, GA 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee (title, Partner - no ownership interest) | Ogier, Rothschild, Rosenfeld & Ellis-Monro, PC f/k/a Ellenberg, Ogier, Rothschild & Rosenfeld, PC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. June, 2012 | Partner/employees of Ogier, Rothschild, Rosenfeld & Ellis-Monro, PC; collection of fees generated prior to departure, full payout to filer by 12/31/13 |
| 2. May, 2010 | Ellenberg, Ogier, Rothschild & Rosenfeld, PC PS Retirement Plan; 401k with former firm, no control |
| 3. Jan. 2003 | Smith, Gambrell & Russell, LLP Partner-Staff 401(k) PS Plan; 401k with former firm, no control |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 ytd | Ogier, Rothschild, Rosenfeld & Ellis-Monro, PC n/k/a Ogier, Rothschiled & Rosenfeld, PC; wages for practicing attorney | $100,000.00 |
| 2. 2011 | Ellenberg, Ogier, Rothschild & Rosenfeld, PC; wages for practicing attorney | $115,291.86 |
| 3. 2010 | Ellenberg, Ogier, Rothschild & Rosenfeld, PC; wages for practicing attorney | $132,207.98 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Turner Services, Inc. salary |
| 2. 2011 | Turner Services, Inc. salary |
| 3. 2011 | Marble Slab Brand & Marketing independent contractor payment |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union Accounts | A | Int./Div. | M | T | Exempt | | | | |
| 2. Northwestern Mutual Whole Life | C | Dividend | L | T | Exempt | | | | |
| 3. Path 2 College 529 Plan - TIAA CREF Balanced Option Plan | A | Dividend | J | T | Exempt | | | | |
| 4. Brokerage Account #1 - Northwestern Mutual account | | | | | | | | | |
| 5. American Funds Inc Fnd of Amr A | B | Dividend | K | T | Exempt | | | | |
| 6. Brokerage Money Market | | None | J | T | Exempt | | | | |
| 7. New Perspective Fund - A | A | Dividend | J | T | Exempt | | | | |
| 8. The Bond Fund of Amercia - A | A | Int./Div. | J | T | Exempt | | | | |
| 9. The Growth Fund of America - A | A | Dividend | J | T | Exempt | | | | |
| 10. The Investment Company of America - A | B | Dividend | K | T | Exempt | | | | |
| 11. Washington Mutual Investors Fund - A | C | Dividend | K | T | Exempt | | | | |
| 12. IRA #1 - Northwestern Mutual | | | | | | | | | |
| 13. Brokerage Money Market | | None | J | T | Exempt | | | | |
| 14. New Perspective Fund - A | A | Dividend | J | T | Exempt | | | | |
| 15. The Growth Fund of America - A | A | Dividend | J | T | Exempt | | | | |
| 16. The Investment Company of Amercia - A | A | Dividend | J | T | Exempt | | | | |
| 17. Washington Mutual Investors Fund - A | B | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 Northwestern Mutual IRA | | | | | | | | | |
| 19. American Funds Inc Fnd of Amr A | B | Dividend | J | T | Exempt | | | | |
| 20. Brokerage Money Market | | None | J | T | Exempt | | | | |
| 21. New Perspective Fund -A | A | Dividend | J | T | Exempt | | | | |
| 22. The Bond Fund of America - A | A | Int./Div. | J | T | Exempt | | | | |
| 23. The Investment Co. of America - A | A | Dividend | J | T | Exempt | | | | |
| 24. Washington Mutual Investors Fund - A | B | Dividend | J | T | Exempt | | | | |
| 25. Smith Gambrell & Russell LLP Partner Staff 401(k) | C | Dividend | N | T | Exempt | | | | |
| 26. -DFA US Large Cap Value III | | | | | | | | | |
| 27. -Vanguard Growth Index Instl | | | | | | | | | |
| 28. -DFA US Targeted Value I | | | | | | | | | |
| 29. -Vanguard Mid-Cap Growth Index Inv | | | | | | | | | |
| 30. -Vanguard Small Cap Growth Index Inv | | | | | | | | | |
| 31. -DFA Emerging Markets Core Equity | | | | | | | | | |
| 32. -DFA Int'l Small Company I | | | | | | | | | |
| 33. -DFA Large Cap Int'l | | | | | | | | | |
| 34. -DFA Int'l Real Estate Sec I | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -DFA Real Estate Securities I | | | | | | | | | |
| 36. -DFA Five Year Global Fixed Income | | | | | | | | | |
| 37. -DFA Inflation - Protection Securities | | | | | | | | | |
| 38. -DFA One Year Fixed Income I | | | | | | | | | |
| 39. Time Warner Savings 401(k) | A | Int./Div. | M | T | Exempt | | | | |
| 40. -Fidelity Capital Preservation | | | | | | | | | |
| 41. -DFA Emrg Mkt Core Equity | | | | | | | | | |
| 42. -Dodge & Cox stock | | | | | | | | | |
| 43. -Fidelity Bond Index | | | | | | | | | |
| 44. -Fidelity Diversified Bond | | | | | | | | | |
| 45. -Fidelity Int'l Index | | | | | | | | | |
| 46. -Fidelity S&P 500 Index | | | | | | | | | |
| 47. -Fidelity Small Cap Blend | | | | | | | | | |
| 48. -Fidelity Small Cap Index | | | | | | | | | |
| 49. Ogier Rothschild Rosenfeld, PC 401k | B | Int./Div. | K | T | Exempt | | | | |
| 50. -Vanguard Capital Oppty Fnd Admiral Shares | | | | | | | | | |
| 51. -Vanguard Extended Market Index Fnd Admiral Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Global Equity Fnd | | | | | | | | | |
| 53. -Vanguard High-Yield Corp Fnd Admiral | | | | | | | | | |
| 54. -Vanguard Int'l Growth Fnd Admiral Shares | | | | | | | | | |
| 55. -Vanguard Prime Money Market Fnd | | | | | | | | | |
| 56. -Vanguard REIT Index Fnd Admiral Shares | | | | | | | | | |
| 57. -Vanguard Selected Value Fnd | | | | | | | | | |
| 58. -Vanguard US Growth Fnd Admiral Shares | | | | | | | | | |
| 59. -T. Rowe Price Dividend Growth Fund | | | | | | | | | |
| 60. -T. Rowe Price New Horizons Fnd | | | | | | | | | |
| 61. - T. Rowe Price Int'l Stock Fnd | | | | | | | | | |
| 62. Time Warner Stock Options | C | Distribution | J | T | Exempt | | | | |
| 63. Accounts Receivable Ogier, Rothschild & Rosenfeld, PC | | None | M | U | Exempt | | | | |
| 64. US Treasury Bonds | A | Interest | J | T | Exempt | | | | |
| 65. Guardian LIfe Ins. Co. of America whole life | D | Dividend | L | T | Exempt | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts:

Amended to correct line 21 to show income from dividends not distributions.

Amended to disclose ownership of 6 $100.00 US Treasury Bonds that were forgotten in initial disclosure filed 9/21/12. See new line 64.

Amended to disclose ownership of 2 whole life insurance policies and their cash value that were forgotten in initial disclosure filed 9/21/12. See new line 65.

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 10/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Ellis-Monro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544